# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Pitchblack Oil, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| vs. | ) | |
| Hess Bakken Investments II, LLC and Hess Corporation, | ) | |
| | ) | Case No. 1-16-cv-349 |
| Defendants. | ) | |

Before the court is the parties' "Stipulation to Amend Complaint." (Docket No. 8). In the stipulation, the parties agree the Plaintiff should be allowed to amend its complaint. The parties also agree the Defendants' time to respond to the complaint shall be stayed pending the Plaintiff's filing of an amended complaint, at which time the Defendants would respond within time otherwise allowed under the Federal Rules of Civil Procedure.

The court hereby **ADOPTS** the parties' "Stipulation to Amend Complaint" (Docket No. 8) without change or modification. The Plaintiff shall be allowed to file an amended complaint. Once that occurs, the Defendants' reply shall be due within the time frame dictated by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court