# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Pitchblack Oil, LLC, Dustin J. Stuber and Suzanne M. Young, Trustees of the Good Shepherds Royalty Trust, Douglas R. Hansen, and Lori A. Hansen, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) **ORDER** |
| vs. | )<br>) |
| Hess Bakken Investments II, LLC, Hess Corporation, Rocky R. Svihl, as Trustee of the RGKH Mineral & Royalty Trust dated November 1, 1995, and Whitetail Wave LLC, | )<br>)<br>)<br>)<br>) Case No. 1:16-cv-349 |
| Defendants. | ) |

Before the court is a "Stipulation to Vacate Scheduling Order" filed by the parties on December 15, 2017. The court **ADOPTS** the parties' stipulation (Doc. 56), vacates the scheduling order, and stays discovery pending the court's ruling on the cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court